IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CR112-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ODELL WALKER, JR.,<br><br>      Defendant. | ORDER |

**THIS MATTER** is before the Court on the Government's "Motion to Transfer Case" (document #2) filed July 25, 2009, requesting pursuant to W.D.N.C. Local Criminal Rule 20.1, that the instant case be transferred to the docket of The Honorable Frank D. Whitney in order to consolidate the instant case with case number 3:08cr251-FDW for purposes of plea and sentencing. Defendant joins in the instant Motion for consolidation.

**THEREFORE,** the Motion to Transfer Case is **GRANTED,** that is, case number 3:09cr112-RJC pending before the Honorable Robert J. Conrad, Jr. shall be transferred to the docket of the Honorable Frank D. Whitney so that such case shall be consolidated with case number 3:08cr251-FDW for purposes of plea and sentencing. The Clerk is directed to send copies of this Order to counsel for the parties, <u>and to the Honorable Robert J. Conrad, Jr. and to the Honorable Frank D. Whitney</u>.

      **SO ORDERED.**

Signed: July 27, 2009

David S. Cayer
United States Magistrate Judge